In the Matter of JEFFREY M. JAYSON, for Reinstatement to the Practice of Law in the State of New York. [890 NYS2d 835]—

1822

Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed Dec. 11, 2009.)